UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 07-112 (GK)** |
| | : | |
| v. | : | |
| | : | |
| **MARK JACKSON,** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney **Jeffrey Pearlman**, at telephone number **(202) 353-2385** and/or email address Jeffrey.Pearlman@usdoj.gov. **Jeffrey Pearlman** will substitute for Assistant United States Attorney Patricia Z. Stewart as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____/s/_____
Jeffrey Pearlman
District of Columbia Bar # 466-901
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, NW, Room 4231
Washington, DC 20530
(202) 353-2385