# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 07-112 | MAGIS. NO: |
|---|---|---|
| V.<br><br>MARK JEROME JACKSON | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Mark Jerome Jackson | FILED<br>AUG 0 2 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| DOB:          PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

UNLAWFUL DISTRIBUTION OF 5 GRAMS OR MORE OF COCAINE BASE;

UNLAWFUL DISTRIBUTION OF 50 GRAMS OR MORE OF COCAINE BASE

**IN VIOLATION OF:**   UNITED STATES CODE TITLE & SECTION:

21:841(a)(1) and 841(b)(1)(B)(iii); 21:841(a)(1) and 841(b)(1)(A)(iii)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY: DEBORAH A. ROBINSON U.S. MAGISTRATE JUDGE<br>MAGISTRATE JUDGE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE) DEBORAH A. ROBINSON U.S. MAGISTRATE JUDGE<br>U.S. MAGISTRATE JUDGE ROBINSON | DATE ISSUED:<br>4/26/07 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>4/26/07 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 4/26/2007 | NAME AND TITLE OF ARRESTING OFFICER<br>JOHN M. LONG CI/DUSM<br>U.S. MARSHALS | SIGNATURE OF ARRESTING OFFICER<br>John M. Long |
|---|---|---|
| DATE EXECUTED 8/2/2007 | | |
| HIDTA CASE: Yes   No X | | OCDETF CASE: Yes   No X |