UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  :
:
:
v.    :   Criminal No. 07-112 (GK)
:
:
MARK JEROME JACKSON,   :
:
Defendant.   :   FILED
:
_____ :   DEC 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is hereby this 6th day of Dec., 2007,

**ORDERED** that the U. S. Probation Department shall prepare and file a Pre-Sentence Report no later than March 10, 2008, and it is further

**ORDERED** that any sentencing memoranda are to be filed no later than March 17, 2008 by 12:00 p.m., ~~by 5:00 p.m.~~, and it is further

**ORDERED** that the defendant shall be sentenced in Courtroom #26 on March 18, 2008 at 4:15 p.m.

**IT IS SO ORDERED.**

Gladys Kessler
U.S. District Judge