UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Case No. 07-112 (GKK)
:
: FILED
:
Mark J. Jackson : DEC 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF FACTS

The parties in this case, the United States of America and the defendant, Mark Jackson, stipulate and agree that the following facts are true. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that there exists probable cause that the defendant committed the offense to which he is pleading guilty.

1. On March 25, 2005, an undercover officer arranged with the defendant for the purchase of approximately one ounce of crack cocaine. They agreed to meet in the area of 14th and R Street NW. At 5:00PM that day the defendant gave the undercover officer 22.6 grams of cocaine base in exchange for $1,150 in marked MPD funds.

2. On April 29, 2005, an undercover officer arranged with the defendant to purchase two ounces of crack cocaine. The parties met at 14th and Corcoran Streets NW at 3:11PM that day. The defendant then gave the undercover officer 53.8 grams of cocaine base in exhange for $2,200 in marked MPD funds. These facts are the proffer for Count Two of the Indictment.

_____
Jeff Pearlman
Assistant United States Attorney

_____
Shawn Moore
Attorney for Defendant

_____
Mark Jackson
Defendant

__12/6/07_____
Date

__December 6, 2007_____
Date