# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO.  1:07-112 (GKK)** |
| v.   : | |
| **Mark J. Jackson,** : | |
| Defendant. : | |

## UNITED STATES' MEMORANDUM IN AID OF SENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits its Memorandum in Aid of Sentencing, recommending that the defendant be sentenced to 120 months of incarceration, to be followed by five years of supervised release. In support thereof, the United States respectfully states the following:

On March 25, 2005, the defendant sold an undercover officer 22.6 grams of cocaine base for $1,150 in the area of 14th and R Street NW. On April 29, 2005, the defendant sold the same officer 53.8 grams of cocaine base in exchange for $2,200 in the area of 14th and Corcoran Street NW. The defendant subsequently entered a plea to Unlawful Distribution of 50 Grams or More of Cocaine Base.

The defendant during his relatively short adulthood, has managed to accumulate a simple assault conviction, for which probation was revoked, a threats conviction, for which adjustment was poor, and a felony conviction for gun possession. At the time of the instant offense, the defendant

was under both probation supervision and pretrial release supervision. The defendant, when given an opportunity, did admit his guilt in a timely manner.[1]

Based on the defendant's excessive criminality, the nature of the offense, and his admittance of guilt, the government would ordinarily ask for a middle of the guideline range sentence. In this case however, while the Probation Officer has computed his guideline range at 100-125 months, the defendant must be sentenced to a minimum of 120 months based on 21 U.S.C. § 841(a)(1) and 841(b)(1)(A)(iii). The government therefore requests a sentence of 120 months incarceration for the defendant, to be followed by five years of supervised release.

Respectfully,

JEFFREY A. TAYLOR
United States Attorney

By: _____/s/_____
Jeff Pearlman
ASSISTANT UNITED STATES ATTORNEY
Federal Major Crimes Section
United States Attorney's Office
555 Fourth Street, N.W., Room 4231
Washington, D.C. 20530
Phone: (202) 353-2385
Fax: (202) 514-6010
jeffrey.pearlman@usdoj.gov

---

[1] The government would note that the lengthy amount of time between the offense and indictment, and the time between indictment and plea, was not the fault of the defendant.