UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | Criminal Action |
| ) | No. 07-112(GK) |
| MARK JEROME JACKSON,    ) | |
| ) | **FILED** |
| Defendant.      ) | |
| ) | MAR 0 7 2008 |
|  | Clerk, U.S. District and |
| O R D E R | Bankruptcy Courts |

On December 6, 2007, it was ordered that the U.S. Probation Department file a Pre-Sentence Investigation Report by March 10, 2008 and that the parties file any sentencing memoranda by March 17, 2008, at 12:00 p.m. A sentencing date also was set for March 18, 2008, at 4:15 p.m. On February 21, 2008, sentencing in this case was rescheduled for April 21, 2008, at 4:15 p.m.

In light of this change in scheduling, it is hereby

**ORDERED** that the U.S. Probation Department shall prepare and file a Pre-Sentence Investigation Report no later than **April 14, 2008,** and it is further

**ORDERED** that any sentencing memoranda be filed no later than **April 20, 2008, at 12:00 p.m.**

March 6, 2008

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

**Copies to: attorneys on record via ECF**