**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| V. | ) Cr. No. 07-0112 (GK) |
| | ) |
| | ) |
| MARK JACKSON | ) |

_____

**DEFENDANT'S MEMORANDUM IN AID OF SENTENCING**

On April23, 2008 defendant Mark Jackson will appear before the Court for sentencing.  On December 6, 2007, Mr. Jackson pled guilty to Count Two of the instant indictment, which count charged him with unlawful distribution of 50 grams or more of cocaine base.  The plea was pursuant to a plea agreement in which Count One will be dismissed at sentencing, and government agrees that Mr. Jackson should receive a three level reduction for acceptance of responsibility.

II.    §3553 FACTORS

   A.    Guidelines Calculation

The Probation Office in its revised report has determined that Mr. Jackson's base offense level, including acceptance, is 27, and that his criminal history is category IV; this calculation results in a guidelines range of 100 to 125 months.  Because, however, the statutory mandatory minimum for this offense is 120 months, his sentencing range is effectively 120 to 125 months.

   B.    Other 3553 Factors

No one downplays the seriousness of this offense.  However, Mr. Jackson entered an early guilty plea and has always held the position that he did not wish to force the government and the Court to the time and expense of a trial.

As the presentence report notes, Mr. Jackson knows nothing of his biological father, and his mother has a history of drug dependency.  Although it appears that his guardian attempted to provide some guidance, that arrangement was clearly not satisfactory.[1]

Any prior record is of course of some significance and Mr. Jackson's is somewhat troubling. But any sentence in this guideline range is substantial, and we would submit that there are no aggravating factors warranting anything above the lower end of the guidelines, particularly in light of the statutory mandatory minimum..

For the foregoing reasons, and any others that may appear to the Court, counsel and Mr. Jackson request a sentence at the lower end of the guidelines applicable to this case and that full credit be given for acceptance of responsibility.

Respectfully submitted,

A.J. Kramer

Federal Public Defender

By:     _____/s/_____
        Shawn Moore
        Assistant Federal Public Defender
        Attorney for Mark Jackson
        DC Bar #214171
        625 Indiana Avenue, NW #550
        Washington, DC 20004
        202/208-7500
        Fax/208-7515 or 501-3829

---

[1]It should also be noted that a judge of the Superior Court, Hon. Russell Canan, who speaks well of Mr. Jackson, did try to provide some guidance, through youth baseball, for Mr. Jackson; however after Mr. Jackson grew older, he gravitated more and more to the street life.